# Akron Public Schools, Akron, OH 44308

| Emp No | Employee Name | Dept. | Advice Date | Period Ending | Type | Check No | Advice Amount |
|---|---|---|---|---|---|---|---|
| 15015 | BARBARA J MEACHAM | 128 | 10/31/2013 | 10/15/2013 | SEMI MONTH | 259909 | $2,181.95 |

## Earnings

| | Rate | Days/Hrs. | Current | YTD | FYTD |
|---|---|---|---|---|---|
| SALARY | 380.6004 | | 3,013.09 | 65,778.01 | 22,797.49 |
| LIFE | | | 8.60 | 221.96 | 74.84 |
| WKSTIP | | | | 14.00 | 14.00 |

## Deductions

| | Current | YTD | FYTD | Empr Current | Empr YTD |
|---|---|---|---|---|---|
| MEDICARE | 43.45 | 950.31 | 329.31 | 43.45 | 950.31 |
| PT HLTH NBE | 25.00 | 475.00 | 175.00 | 558.87 | 10,147.28 |
| PT RX NBE | | | | 189.66 | 3,877.32 |
| PT DENT NBE | | | | 38.61 | 733.59 |
| PT VISION NB | | | | 9.18 | 170.78 |
| FEDERAL TAX | 237.60 | 5,746.47 | 1,909.24 | | |
| OHIO TAX | 80.82 | 2,021.13 | 662.97 | | |
| AKRON TAX | 67.43 | 1,474.62 | 511.02 | | |
| SUMTCYCOM | | 556.84 | 556.84 | | |
| STRS | 331.44 | 5,372.55 | 1,074.51 | | |
| STRS | | 1,327.30 | 1,327.30 | | |
| STRS EMPR SH | | | | 421.83 | 9,210.88 |
| SUPPLFSELF | 28.00 | 532.00 | 196.00 | | |
| SUPPLFSPSE | 14.00 | 266.00 | 98.00 | | |
| SUPPLFCHLD | 1.55 | 29.45 | 10.85 | | |
| SUPPDEPINS | 1.85 | 35.15 | 12.95 | | |
| SEVR CERTIFI | | | | 60.26 | 3,19... |

## Deposits:

| | Current | YTD |
|---|---|---|
| NET PAY | 2,181.95 | 47,005.19 |
| TOWPATH CREDIT UNION | | 15,947.50 |

## Leave

| | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK DAYS | 132.000 | | | 132.000 | 3.75 | |

## Withholding Allowances

| | Filing Status | Exemptions | Extra A... |
|---|---|---|---|
| Federal | M | 3 | $ |
| State | | 3 | $ |

## Check Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 2,665.25 | 58,839.1... |
| Gross Pay | 3,021.69 | 66,013.9... |
| Deductions | 831.14 | 18,786.8... |
| Net Pay | 2,181.95 | 47,005.1... |

# 13-53070

FILED 2013 NOV -4 PM 4:50

13-53070-mss    Doc 20    FILED 11/04/13    ENTERED 11/05/13 15:03:00    Page 1 of 2

# Akron Public Schools, Akron, OH 44308

**Advice Amount:** $1,625.11

| Emp No | Employee Name | Dept. | Advice Date | Period Ending | Type | Check No. |
|---|---|---|---|---|---|---|
| 15015 | BARBARA J MEACHAM | 128 | 10/15/2013 | 09/30/2013 | SEMI MONTH | 256323 |

| Earnings | Rate Days/Hrs. | Current | YTD | FYTD | Deductions | Current | YTD | FYTD | Empl YTD | Empl FYTD |
|---|---|---|---|---|---|---|---|---|---|---|
| SALARY | 380.6004 | 3,013.09 | 62,764.92 | 19,784.40 | MEDICARE | 43.45 | 906.66 | 285.66 | | |
| LIFE | | 8.60 | 213.36 | 66.24 | PT HLTH NBE | 25.00 | 450.00 | 150.00 | 558.87 | 9,588.41 | 3,316.97 |
| | | | | | PT RX NBE | | | | 189.66 | | |
| | | | | | PT DENT NBE | | | | 38.61 | 694.98 | 231.66 |
| | | | | | PT VISION NB | | | | 9.18 | 161.60 | 54.80 |
| | | | | | FEDERAL TAX | 237.60 | 5,508.87 | 1,671.64 | | | |
| | | | | | OHIO TAX | 80.82 | 1,940.31 | 582.15 | | | |
| | | | | | AKRON TAX | 67.43 | 1,406.87 | 443.27 | | | |
| | | | | | SUMCTYCOM | 556.84 | 556.84 | 556.84 | | | |
| | | | | | STRS | | 5,372.55 | 1,074.51 | | | |
| | | | | | STRS | 331.44 | 994.32 | 994.32 | | | |
| | | | | | STRS EMPR SH | | | | 421.83 | 8,787.09 | 2,769.81 |
| | | | | | SUPPLESELF | 28.00 | 504.00 | 168.00 | | | |
| | | | | | SUPPLFSPSE | 14.00 | 252.00 | 84.00 | | | |
| | | | | | SUPPLFCHLD | 1.55 | 27.90 | 9.30 | | | |
| | | | | | SUPPDEDPINS | 1.85 | 33.30 | 11.10 | | | |
| | | | | | SEVR CERTIFI | | | | | 60.26 | |

**DEPOSITS:**
NET PAY 1,625.11 44,811.30 13,753.61
TOWPATH CREDIT UNION

| Leave | Beginning | Earned | Used | Balance | YTD Earned | YTD Used |
|---|---|---|---|---|---|---|
| SICK DAYS | 130.7500 | 1.2500 | | 132.000 | | 3.75 |

### Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | M | 3 | $ .00 |
| State | | 3 | $ .00 |

### Check Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 2,665.25 | 56,161.41 |
| Gross Pay | 3,021.69 | 62,978.28 |
| Deductions | 1,387.98 | 17,953.62 |